**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Renee Grant, et al.,

Plaintiffs,

v.

Piedmont Airlines Incorporated, et al.,

Defendants.

No. CV-25-04557-PHX-KML

**ORDER**

The original complaint in this suit included six plaintiffs, including Niena Allen. (Doc. 1.) Plaintiffs later filed an amended complaint that replaced Niena Allen with the Estate of Niena Allen because of her death. (Doc. 20.) On June 18, 2026, plaintiffs filed an "emergency motion" to dismiss the Estate of Niena Allen to allow it to file suit in state court. (Doc. 39 at 2.) The court granted that motion the same day. (Doc. 40.)

On June 25, 2026, the Estate of Niena Allen filed suit in state court. Defendants American Airlines Group Inc. removed that case to this court, where it was docketed under case number CV-26-5683-PHX-DJH. Having consulted Judge Humetewa, the recently removed case will be transferred to the undersigned. Local Rule 42.1(e). The parties must file a joint statement addressing whether the two cases should be consolidated into the lower-numbered case. If the cases are consolidated, plaintiffs will be required to file a single amended complaint in the lower-numbered case, and the higher-numbered case will be dismissed.

/

**IT IS ORDERED** the Clerk of Court shall transfer CV-26-5683-PHX-DJH to the undersigned. This order shall be docketed in both cases.

**IT IS FURTHER ORDERED** no later than **August 19, 2026**, the parties shall file in CV-25-4557-PHX-KML a joint statement setting forth their positions on consolidating the two cases. If the parties agree consolidation is appropriate, plaintiffs shall file an amended complaint in CV-25-4557-PHX-KML that includes all claims asserted by the Estate of Niena Allen no later than **August 21, 2026**.

Dated this 14th day of August, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**