Nonnie L. Shivers, SBN 023460
Laura E. Grubb, SBN 038903
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Facsimile: 602-778-3750
nonnie.shivers@ogletree.com
laura.grubb@ogletree.com
*Attorneys for Defendants American Airlines Group Inc. and American Airlines, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Renee Grant, Larry Harding, Johnny Jones, Jr., Nicole Nichols, August Pinckney, and Niena Allen,

Plaintiffs,

v.

Piedmont Airlines, Inc., American Airlines, Inc., and American Airlines Group, Inc.,

Defendants.

No. 2:25-cv-04557-KML

**JOINT STATEMENT ON CONSOLIDATION PER COURT'S AUGUST 14, 2026 ORDER**

Pursuant to this Court's August 14, 2026 Order, Plaintiffs Renee Grant, Larry Harding, Johnny Jones, Jr., Nicole Nichols, August Pinckney, and the Estate of Niena Allen (collectively, the "Six Plaintiffs") and Defendants Piedmont Airlines, Inc. ("Piedmont"), American Airlines Group Inc. ("AAG"), incorrectly named as American Airlines Group, Inc., and American Airlines, Inc. ("AA") (Piedmont, AAG, and AA are collectively the "Defendants") hereby file this Joint Statement on Consolidation.

The Six Plaintiffs and Defendants agree that the consolidation of CV-26-5683-PHX-DJH with CV-25-4557-PHX-KML for pretrial case management purposes would promote judicial efficiency. Defendants, however, do not agree that the Six Plaintiffs' claims are properly joined in a single action or should be tried together. Defendants' position is that the Six Plaintiffs' claims involve plaintiff-specific facts, witnesses,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700

defenses, causation, and damages, and proceeding without severing the Six Plaintiffs' individual cases would prejudice Defendants. *See Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1296-97 (9th Cir. 2000). Defendants reserve their rights to move to sever the Six Plaintiffs' claims and/or for separate trials. The Six Plaintiffs maintain that the claims are properly joined and reserve their rights to oppose any later motion to sever and/or for separate trials.

Per the Court's August 14, 2026 Order, the Six Plaintiffs' consolidated amended complaint is due on August 19, 2026, which the parties agree will moot Piedmont's pending Motion to Dismiss [Doc. 28] and AAG's and AA's pending Joint Motion to Dismiss [Doc. 31]. Due to August vacation schedules, the parties stipulate and respectfully request that the Court extend the Six Plaintiffs' deadline to file an amended consolidated complaint to August 28, 2026. The parties also respectfully request that the Court extend its previous orders granting leave to exceed page limitations on Defendants' motions to dismiss [Docs. 22, 30] and Plaintiffs' opposition thereto [Doc. 35] to briefing on Defendants' anticipated motions to dismiss the consolidated amended complaint.

RESPECTFULLY SUBMITTED this 17th day of August 2026.

**LAW OFFICES OF JOEL SANSONE**
By: */s/ Joel S. Sansone (w/ permission)*
Joel S. Sansone
Two Gate Center, Suite 1290
603 Stanwix Street
Pittsburgh, PA 15222
Telephone: 412-281-9194
jsansone@joelsansonelaw.com
*Attorneys for Plaintiffs*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
By: */s/ Laura E. Grubb*
Nonnie L. Shivers
Laura E. Grubb
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
*Attorneys for Defendants American Airlines Group Inc. and American Airlines, Inc.*

**FISHER & PHILLIPS LLP**
By: */s/ Daniel E. Farrington (w/ permission)*
Daniel E. Farrington
Lauren Goetzl
1401 New York Avenue NW Suite 400
Washington, DC 20005
Telephone: 202-429-3706
Facsimile: 202-978-3788
dfarrington@fisherphillips.com
lgoetzl@fisherphillips.com
*Attorneys for Defendant Piedmont Airlines, Inc.*